

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAYDN A. EVANS,<br><br>　　　　　　Defendant. | Case No. 9:18-PO-5048-JCL<br><br>VIOLATION: FBDW00B6<br><br>DISPOSITION CODE: PF<br><br>ORDER ACCEPTING<br>PLEA LETTER |

　　Plaintiff's counsel, Tom Bartleson, Assistant U.S. Attorney, submitted a letter to the Court dated September 28, 2018, advising Plaintiff has reached an agreement with Defendant. Plaintiff has agreed to reduce the total amount due on the violation notice from $330.00 to $115.00, and Defendant has agreed to forfeit that amount.

　　**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $115.00, which has been paid in full.

　　DATED this 29th day of January, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JEREMIAH C. LYNCH
　　　　　　　　　　　　　　　　　United States Magistrate Judge